# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES ROBINSON                                                         PLAINTIFF

v.                            No. 4:10CV01389 JLH-JJV

ALICE WOODS, Supervisor,
Ashley County Jail                                                  DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice.

IT IS SO ADJUDGED this 24th day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE